# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145865

DAVID P. LAKIN,

       Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

       Defendant-Appellee.

_____

SC: 145865
CoA: 305154

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of September 18, 2012, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2012

                     Clerk

jam